UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2007 APR 18 P 4: 05
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

MARTY GODWIN

Case No. 3:00-cr-70-J-20HTS

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On April 18, 2007, D. Rodney Brown, Assistant United States Attorney, and the Defendant, MARTY GODWIN, appeared in person and with his counsel, Ronald W. Maxwell, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 69, filed March 14, 2007).

The Defendant, having heretofore been convicted on January 31, 2001, in Case No. 3:00-cr-70-J-20HTS, of offense charged, to wit: Distribution of cocaine base, in violation of 21 U.S.C. 841(a)(1), as charged in Count Four of the Indictment; and was sentenced to be imprisoned for a term of 78 months; and was placed on supervised release for a term of four (4) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 69, filed March 14, 2007) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **14 months.** The Court recommends an institution as close as possible

to Fernandina Beach, Florida, that provides a substance abuse program.

3. Upon release from confinement, the Defendant shall be on supervised release for a term of **46 months**, upon the standard conditions of supervision, and the following special conditions:

   a. The Defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the Defendant is directed to submit to random drug testing.

   b. The Defendant shall perform 100 hours of community service. The community service shall be performed at a rate of no less than 20 hours per month with all hours to be completed within five (5) months of release from custody.

4. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this /8/ day of April, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
D. Rodney Brown, Esq.
Ronald W. Maxwell, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation