# UNITED STATES DISTRICT COURT FILED
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER: 3:00-cr-70-J-20HTS |

v.

**MARTY GODWIN**

Defendant's Attorney: Ronald W. Maxwell (cja)

## THE DEFENDANT:

**X** admitted guilt to violation of charge number(s) **1 through 7** of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Follow Instructions | August 2009 |
| 2 | Positive Urinalysis for Cocaine | August 2009 |
| 3 | Positive Urinalysis for Marijuana | August 2009 |
| 4 | Positive Urinalysis for Cocaine | September 2009 |
| 5 | Positive Urinalysis for Marijuana | September 2009 |
| 6 | Failure to Submit Monthly Reports | November 2009 |
| 7 | Changed Residence Without Approval | November 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The Government is not pursuing charge number(s)____ and the Defendant is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: January 13, 2010

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: January 13, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ a.m. p.m. on _____.

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before 2 p.m. on _____.

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL